### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHRISTOPHER LOUIS GRAHAM**                                                **PLAINTIFF**
**#30086**

**v.**                                **CASE NO. 4:25-cv-275 JM**

**SHANE JONES,** *et al.*                                                **DEFENDANTS**

### <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 7th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE